JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY THOMAS-LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RLB COLLECTIVE, INC. d/b/a HAVEN SOCIETY,<br><br>Defendant. | Case No. 8:20-cv-01212-FLA (ADSx)<br><br>**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>District Judge |

The court, having considered the Parties' Notice of Voluntary Dismissal, and for good cause shown, hereby **GRANTS** the Notice as follows:

This action is dismissed as to Plaintiff's individual claims against Defendant RLB Collective Inc. with prejudice and all putative class claims against Defendant without prejudice.

**IT IS SO ORDERED.**

Dated: May 10, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge